## John E. Dempster, Appellee, v. The New York Central Railroad Company, Appellant.

### Gen. No. 46,226. (Abstract of Decision.)

Marvin A. Jersild, and Wayne M. Hoffman, for appellant; Henslee, Monek & Murray, for appellee; Walter N. Murray, John J. Naughton, and James E. Harrington, of counsel. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full. Opinion filed March 8, 1954; released for publication March 24, 1954.

## In the Matter of Estate of Jeremiah Collins, Incompetent; Daniel J. Collins and Harry M. Collins, Petitioners-Appellants, v. Mary E. C. O'Hara et al., Respondents-Appellees.

### Gen. No. 46,252. (Abstract of Decision.)